IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ARTHUR CHING, on behalf of himself and all others similarly situated,

    Plaintiff,

  v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

    Defendant.

No. C 09-2613 MMC

**ORDER REFERRING TO MAGISTRATE JUDGE PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS**

    Pursuant to Civil Local Rule 72-1, plaintiff's Motion to Compel Production of Documents, filed December 4, 2009, and all further discovery matters, are hereby REFERRED to a Magistrate Judge to be heard and considered at the convenience of the assigned Magistrate Judge's calendar.

    Counsel will be advised of the date, time, and place of the next appearance by notice from the assigned Magistrate Judge's chambers.[1]

    **IT IS SO ORDERED**.

Dated: December 10, 2009

                              MAXINE M. CHESNEY
                              United States District Judge

---

[1] The January 8, 2010 hearing date before the undersigned is VACATED.