IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTURO CHING,<br><br>  Plaintiff,<br><br>  v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>  Defendant<br>_____/ | No. C-09-2613 MMC<br><br>**ORDER DENYING PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBIT O TO DECLARATION OF MICHAEL V. STORTI; DIRECTIONS TO CLERK** |

    Before the Court is plaintiff's "Administrative Motion to File Under Seal Exhibit 'O' to the Declaration of Michael V. Storti," filed March 12, 2010.

    On March 18, 2010, defendant, the party that had designated as confidential the document filed by plaintiff as Exhibit O, filed a notice withdrawing its designation.

    Accordingly, plaintiff's administrative motion is hereby DENIED, and the Clerk is hereby DIRECTED to file in the public record Exhibit O to the Declaration of Michael V. Storti.

    **IT IS SO ORDERED.**

Dated: March 24, 2010

                                          MAXINE M. CHESNEY
                                          United States District Judge