| | |
|---|---|
| SEDGWICK, DETERT, MORAN & ARNOLD LLP<br>KEVIN J. DUNNE  Bar No. 40030<br>LAURA L. GOODMAN  Bar No. 142689<br>ANDREW J. KING Bar No. 253962<br>One Market Plaza<br>Steuart Tower, 8th Floor<br>San Francisco, California 94105<br>Telephone: (415) 781-7900<br>Facsimile: (415) 781-2635 | KABATECK BROWN KELLNER LLP<br>BRIAN S. KABATECK, SBN 152054<br>RICHARD L. KELLNER, SBN 171416<br>NIALL G. YAMANE, SBN 127899<br>MICHAEL V. STORTI, SBN 260215<br>644 South Figueroa Street<br>Los Angeles, California 90017<br>Telephone: (213) 217-5000<br>Facsimile: (213) 217-5010 |
| Attorneys for Defendant<br>STATE FARM MUTUAL AUTOMOBILE<br>INSURANCE COMPANY | Attorneys for Plaintiff<br>ARTURO CHING |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTURO CHING, an individual, on behalf of himself and all others similarly situated,<br><br>            Plaintiff,<br><br>        v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; and DOES 1 through 10 inclusive,<br><br>            Defendants. | CASE NO. CV 09 2613 MMC<br><br>**STIPULATION ON BRIEFING SCHEDULE AND [PROPOSED] ORDER THEREON**<br><br>Hon. Maxine M. Chesney |

TO THE COURT, AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

THIS STIPULATION is entered into by and between plaintiff Arturo Ching ("Plaintiff") and State Farm Mutual Automobile Insurance Company ("Defendant"), collectively referred to herein as the "Parties," by and through their attorneys of record.

WHEREAS, in its May 7, 2010 Order, the Court afforded Defendant leave to file a second motion for summary judgment;

WHEREAS, in its May 7, 2010 Order, the Court continued the further case management conference until August 13, 2010, with a joint case management statement due no later than August 6, 2010;

WHEREAS, at the May 7, 2010 hearing on Defendant's first motion for summary judgment, the Court directed the Parties to meet and confer regarding a briefing schedule for the second motion for summary judgment;

WHEREAS, the Parties, through their respective counsel have met and conferred and agreed to a briefing schedule;

NOW, THEREFORE, pursuant to Local Rules 6-2, 56-1, 7-2, and 7-3, the Parties jointly request and HEREBY STIPULATE that the briefing schedule and hearing date for Defendant's motion for summary judgment is as follows:

1.     Defendant will file its motion for summary judgment by **June 25, 2010**;

2.     Plaintiff will file his opposition to Defendant's motion for summary judgment and any cross-motion for summary judgment by **July 16, 2010**;

3.     Defendant will file its reply in support of its motion for summary judgment and opposition to Plaintiff's cross-motion by **August 6, 2010;**

4.     Plaintiff will file his reply in support of his cross-motion by **August 20, 2010**;

5.     The hearing on Defendant's motion for summary judgment and Plaintiff's cross-motion shall be held on **August 27, 2010 at 9:00 a.m.**

The Parties further jointly request and HEREBY STIPULATE that the case management conference dates are continued as follows:

/ / /

1      1.    The further case management conference is continued from August 13, 2010 to

2  **August 27, 2010**.

3      2.    The Parties shall file a joint case management statement no later than **August 20,**

4  **2010.**

5  **IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD:**

6  DATED: May 21, 2010            SEDGWICK, DETERT, MORAN & ARNOLD
                                         LLP

7

8                                           By:  */s/ Andrew J. King*

9                                               Andrew J. King
                                             Attorneys for Defendant
                                             STATE FARM MUTUAL AUTOMOBILE

10                                           INSURANCE COMPANY

11  DATED: May 21, 2010            KABATECK BROWN KELLNER LLP

12

13                                           By:  */s/ Michael V. Storti*

14                                               Michael V. Storti
                                             Attorneys for Plaintiff
                                             ARTURO CHING

15

16

17  **~~[PROPOSED]~~ ORDER**

18      Pursuant to the stipulation of the parties, and good cause appearing therefor,

19  **IT IS SO ORDERED,** with the exception that the hearing on the motions shall be held on Friday, September 10, 2010, the Further Case Management Conference is continued from August 13, 2010

20  to October 29, 2010, and the deadline to file a Joint Case Management Statement is October 22, ~~1010.~~ 2010.

21

22  DATED: May 25, 2010

23  THE HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

24

25

26

27

28

SEDGWICK
DETERT, MORAN & ARNOLD LLP