| | |
|---|---|
| KABATECK BROWN KELLNER LLP<br>BRIAN S. KABATECK, SBN 152054<br>RICHARD L. KELLNER, SBN 171416<br>NIALL G. YAMANE, SBN 127899<br>MICHAEL V. STORTI, SBN 260215<br>644 South Figueroa Street<br>Los Angeles, California 90017<br>Telephone: (213) 217-5000<br>Facsimile: (213) 217-5010<br><br><br>Attorneys for Plaintiff<br>ARTURO CHING | SEDGWICK, DETERT, MORAN &<br>ARNOLD LLP<br>KEVIN J. DUNNE  Bar No. 40030<br>LAURA L. GOODMAN  Bar No. 142689<br>ANDREW J. KING Bar No. 253962<br>One Market Plaza<br>Steuart Tower, 8th Floor<br>San Francisco, California 94105<br>Telephone: (415) 781-7900<br>Facsimile: (415) 781-2635<br><br><br>Attorneys for Defendant<br>STATE FARM MUTUAL AUTOMOBILE<br>INSURANCE COMPANY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTURO CHING, an individual, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; and DOES 1 through 10 inclusive,<br><br>Defendants. | CASE NO. CV 09 2613 MMC<br><br>**STIPULATION CONTINUING HEARING ON PARTIES' CROSS MOTIONS FOR SUMMARY JUDGMENT; [PROPOSED] ORDER THEREON**<br><br><br>Hon. Maxine M. Chesney |

TO THE COURT, AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

THIS STIPULATION is entered into by and between plaintiff Arturo Ching ("Plaintiff") and State Farm Mutual Automobile Insurance Company ("Defendant"), collectively referred to herein as the "Parties," by and through their attorneys of record.

WHEREAS, the Court in its Order dated May 25, 2009 set the hearing on the Parties' cross-motions for summary judgment for September 10, 2010 at 9:00 a.m.

WHEREAS, counsel for Plaintiff, Richard L. Kellner, is unable to attend the scheduled hearing due to his observance of Rosh Hashanah, which begins at sunset on September 8, 2010

1  and continues until sundown on September 10, 2010.

2      WHEREAS, the Parties have agreed to continue the hearing on their cross-motions for

3  summary judgment until September 17, 2010 at 9:00 a.m.

4      NOW, THEREFORE, the Parties jointly request and HEREBY STIPULATE that the

5  hearing on the Parties' cross-motions for summary judgment be continued until **September 17,**

6  **2010 at 9:00 a.m.**

7  **IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD:**

8  DATED: August 25, 2010      KABATECK BROWN KELLNER LLP

10  By: __/s/ Michael V. Storti_____
    Michael V. Storti
11      Attorneys for Plaintiff
    ARTURO CHING

12  DATED: August 25, 2010      SEDGWICK, DETERT, MORAN & ARNOLD
13       LLP

14  By: __/s/ Andrew J. King *with permission*_____
15      Andrew J. King
    Attorneys for Defendant
16      STATE FARM MUTUAL AUTOMOBILE
    INSURANCE COMPANY

18

                              **[~~PROPOSED~~] ORDER**

19      Pursuant to the stipulation of the parties, and good cause appearing therefore,

20  **IT IS SO ORDERED**.

23  DATED: August <u>26</u>, 2010      _/s/ Maxine M. Chesney_____
    THE HONORABLE MAXINE M. CHESNEY
24      UNITED STATES DISTRICT JUDGE