IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ARTURO CHING,

                 Plaintiff,

   v.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

                 Defendant.

_____/

No. CV-09-02613 MMC

**JUDGMENT IN A CIVIL CASE**

     **()  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

     **(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or  heard and a decision has been rendered.

        **IT IS SO ORDERED AND ADJUDGED** with respect to plaintiff's remaining claims, defendant's motion for summary judgment is hereby GRANTED and plaintiff's motion for summary judgment is hereby DENIED.

Dated: September 20, 2010

Richard W. Wieking, Clerk

*Tracy Lucero*

By: Tracy Lucero
Deputy Clerk